384 A.2d 991

Commonwealth v. Richey, Appellant.

Argued November 17, 1977. Charles C. Gentile, for appellant; Gerald R. Solomon, District Attorney, for Commonwealth, appellee.

Order affirmed.